Please Find enclosed a new lawsuit to be filed Pro se

Complaint (19 pages (please fill In assigned case number))

Civil Coversheet (1 page) 1 w/ a header, one w/o, not sure which cover letter is needed trash which ever one you don't need

5 Summons to be stamped and returned to plaintiff (1 page each)

Money order check

Please file all documents in a new court case

Included is a self-addressed stamped envelope for you to return all summons and any other originals or copies to plaintiff

Please do not hesitate to call Susan Jennings 619-608-6370 with any questions, concerns or problems.

Thank You!!!

