SUMMONS FORMS (AO 440)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Civil Action No. 4:25-cv-00320

**To: Jose Eric Arenas Fredes**
8257 Sierra woods drive
Tallahassee FL 32311

A lawsuit has been filed against you. Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

**Plaintiff Name and Address:**
Susan Jennings
2205 Pimlico Drive
Ridgeville, SC 29472
s.jennings990@gmail.com

Date: _____

**CLERK OF COURT**

(Signature and seal to be added by court clerk upon filing)



RCVD USDC FLND TL
JUL 30 '25 PM 2:52