SUMMONS FORMS (AO 440)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Civil Action No. 4:25-CV-00320

**To: Donna Christine Thurman**
9268 White Blossom Way
Tallahassee, FL 32309

Thurman Law Firm, PLLC
241 E. 6th Ave
Tallahassee, FL 32303

A lawsuit has been filed against you. Within 21 days after service of this summons, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

If you fail to respond, judgment by default will be entered against you.

**Plaintiff Name and Address:**
Susan Jennings
2205 Pimlico Drive
Ridgeville, SC 29472
s.jennings990@gmail.com

Date: _____

**CLERK OF COURT**
(Signature and seal to be added by court clerk upon filing)

